ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/16
```

| | |
|---|---|
| **TRUSTEES OF THE METAL TRADES BRANCH LOCAL 638 PENSION FUND, METAL TRADES BRANCH LOCAL 638 WELFARE FUND, AND SERVICE FITTERS' INDUSTRY EDUCATIONAL FUND, TRUSTEES OF THE STEAMFITTERS' INDUSTRY PENSION FUND, STEAMFITTERS' INDUSTRY SUPPLEMENTAL RETIREMENT FUND, STEAMFITTERS' INDUSTRY WELFARE FUND, STEAMFITTERS' INDUSTRY EDUCATIONAL FUND, STEAMFITTERS' INDUSTRY SECURITY BENEFIT FUND, AND STEAMFITTERS' INDUSTRY VACATION PLAN, and THE STEAMFITTING INDUSTRY LABOR MANAGEMENT COOPERATION COMMITTEE,**<br><br>Plaintiffs,<br><br>- against -<br><br>**HENICK-LANE, INC., HENICK-LANE SERVICE CORP., and VIVID MECHANICAL LLC,**<br><br>Defendants. | 15 Civ. 1726 (LLS)<br><br>ORDER AMENDING OPINION |

In the Opinion & Order dated September 2, 2016, the word "plaintiffs" on the second line on page 12 is deleted and is replaced with the word "defendants'."

So ordered.

Dated:   New York, New York
         September 7, 2016

                              _Louis L. Stanton_
                              LOUIS L. STANTON
                                  U.S.D.J.